ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

DR. ROBERT GERBER, on behalf of plaintiff
and the class members defined herein ,

Plaintiff(s),

v.

MEDSOLUTIONS, INC., and CARECORE
NATIONAL, LLC both doing business as
EVICORE HEALTHCARE and JOHN DOES 1-
10,

Defendant(s).

Case No.  17 cv 5553
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

_____

☒    other: Count 1 is dismissed for failure to state a claim.  The Court declines under 28 U.S.C. §
1367(c)(3) to exercise supplemental jurisdiction over the remaining counts.

_____

This action was (check one):

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date:   1/11/2018                                        Thomas G. Bruton, Clerk of Court

                                                         Claire Newman , Deputy Clerk